Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ALICIA MARIE BURT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA MARIE BURT, | Case No.:   1:16-cv-00533-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE NUNC PRO TUNC |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Alicia Marie Burt ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to October 25, 2016; and that Defendant shall have until November 29, 2016, to provide a response.

This Court is aware that Counsel's Spouse battled Stage IV breast cancer which metastasized initially to her liver and continued to progress with tumors in her lungs, spine and brain.  After exhausting all known chemotherapy treatments over 18 months ago and surviving on

willful determination and profound faith alone Counsel's wife has succumbed to her illness. On September 30, 2016 Counsel gently held his wife as she relinquished her fight and passed away. Counsel requires the time to deal with providing the appropriate respect to his spouse.

DATE: October 25, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff PHILLIPS J. MONTALVO

DATE:  October 25, 2016    BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration
*/S/- Carolyn B. Chen
Carolyn B. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

### ORDER

Having reviewed the above stipulation, IT IS HEREBY ORDERED that Plaintiff may have an extension of time to provide Defendant with Plaintiff's Settlement Letter Brief to and including October 25, 2016, *nunc pro tunc*; Defendant may have an extension of time to November 29, 2016 to file her response. All other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 7, 2016**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26