Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ALICIA MARIE BURT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIE BURT, | Case No.:  1:16-cv-00533-BAM |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Alicia Marie Burt ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 14, 2017; and that Defendant shall have until March 16, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due March 31, 2017.

1  An extension of time is needed in order to properly address the issues within
2  the administrative record in this matter.  Counsel sincerely apologizes to the court
3  for any inconvenience this may have had upon it or its staff.

DATE: December 29, 2016     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY:_____
Steven G. Rosales
Attorney for plaintiff

DATE:  December 29, 2016    PHILLIPS A. TALBERT
United States Attorney
Deborah Lee Stachel
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Carolyn B. Chen
_____
Carolyn B. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including February 14, 2017, in which to file Plaintiff's Opening Brief; Defendant shall have an extension of time to March 16, 2017, to file an opposition, if any. Any reply by Plaintiff shall be filed on or before March 31, 2017.

IT IS SO ORDERED.

Dated: **January 3, 2017**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE