Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ALICIA MARIE BURT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIE BURT,<br><br>       Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting<br><br>Commissioner of Social Security,<br><br>       Defendant | Case No.:   1:16-cv-00533-BAM<br><br>STIPULATION TO EXTEND BRIEFING<br>SCHEDULE |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF

THE DISTRICT COURT:

Plaintiff Alicia Marie Burt ("Plaintiff") and defendant Nancy A. Berryhill, Acting

Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file

Plaintiff's Opening Brief to March 14, 2017; and that Defendant shall have until April 13, 2017,

to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due April 28, 2017.

An extension of time for plaintiff is needed.  As the Court is aware, Plaintiff's Spouse

passed away on September 30, 2016.  Due to the press of the holidays and the need to find a

caregiver and the required time to acclimate his children to his absence to meet his professional

obligations, Counsel requires the additional time to prepare and file Plaintiff's Opening Brief.

Counsel sincerely apologizes to the court for any inconvenience this may

-1-

have had upon it or its staff.

DATE: February 17, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales

BY: _____

Steven G. Rosales
Attorney for plaintiff


DATE:  February 17, 2017      PHILLIPS A. TALBERT
United States Attorney
Deborah Lee Stachel
Regional Chief Counsel, Region IX
Social Security Administration
*/S/- Carolyn B. Chen
_____

Carolyn B. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

## ORDER

IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and including March 14, 2017, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to April 13, 2017 to file his opposition, if any is forthcoming.  Any reply by Plaintiff will be due April 28, 2017.


IT IS SO ORDERED.

Dated:   **February 21, 2017**          _____/s/ Barbara A. McAuliffe_____
UNITED STATES MAGISTRATE JUDGE