1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5  Attorneys for Plaintiff ALICIA MARIE BURT

6  **UNITED STATES DISTRICT COURT**

7  **EASTERN DISTRICT OF CALIFORNIA**

8  | ALICIA MARIE BURT, | ) Case No.:  1:16-cv-00533-BAM |
   |---|---|
9  | Plaintiff, | ) STIPULATION TO EXTEND BRIEFING<br>) SCHEDULE |
10 | vs. | ) |
11 | NANCY A. BERRYHILL, Acting | ) |
12 | Commissioner of Social Security, | ) |
13 | Defendant | ) |

14

15     TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF

16  THE DISTRICT COURT:

17     Plaintiff Alicia Marie Burt ("Plaintiff") and defendant Nancy A. Berryhill, Acting

18  Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

19  hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file

20  Plaintiff's Opening Brief to April 17, 2017; and that Defendant shall have until May 17, 2017, to

21  file her opposition, if any is forthcoming.  Any reply by plaintiff will be due June 1, 2017.

22     As the Court is aware, after a 5 year battle with terminal stage 4 cancer Plaintiff's Spouse

23  passed away on September 30, 2016.  The aftermath of this traumatic event on both Counsel and

24  his 9 year old son and 7 year old daughter was immeasurable.  Compounding the impact of this

25  loss is the fact that Counsel's spouse was a former employee at Counsel's Law Firm and her death

26  was far reaching in its impact on Counsel's professional life as well.  Due to the death, the

subsequent holiday period, and the need to find a permanent caregiver and the required time to acclimate his children to that presence during his absence to meet his professional obligations, Counsel requires the additional time to prepare and file Plaintiff's Opening Brief.

Counsel for plaintiff does not anticipate this extraordinary request for more time to become the rule and recognizes it is the extraordinary exception and sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 15, 2017   Respectfully submitted,
LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales

BY: _____
Steven G. Rosales
Attorney for plaintiff

DATE:  March 15, 2017   PHILLIPS A. TALBERT
United States Attorney
Deborah Lee Stachel
Regional Chief Counsel, Region IX
Social Security Administration
*/S/- Carolyn B. Chen
Carolyn B. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

## ORDER

IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and including April 17, 2017, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to May 17, 2017 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due June 1, 2017.  Plaintiff is advised that this is her fourth <u>and final</u> extension in this matter.

IT IS SO ORDERED.

Dated:  **March 16, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE